UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK ELWOOD FRENCH,

    Plaintiff,

v.

TIM PEREZ, et. al.,

    Defendants.

No. C 14-5303 EDL (PR)

**ORDER OF DISMISSAL**

On December 3, 2014, plaintiff, proceeding pro se, filed a federal civil rights complaint pursuant to 42 U.S.C. § 1983.[1] (Docket No. 1.) The same day, the clerk notified plaintiff that he had not paid the filing fee, nor had he filed a complete application to proceed in forma pauperis ("IFP"). (Docket No. 3.) Specifically, plaintiff did not submit the proper form, did not submit a certificate of funds, and did not attach a copy of his prisoner trust account statement showing transactions for the last six months. Along with the deficiency notice, plaintiff was provided with an IFP application and instructions for completing it. Plaintiff was further cautioned that his failure to either file a completed IFP application or pay the filing fee within twenty-eight days would result in the dismissal of this action. To date, plaintiff has not paid his filing fee, filed a completed IFP application, or otherwise communicated with the court.

Thus, the instant action is **DISMISSED** without prejudice. The clerk shall terminate all pending motions, enter judgment, and close the file.

///

///

---

[1] Plaintiff consented to magistrate judge jurisdiction that same day. (Docket No. 1 at 4.)

IT IS SO ORDERED.

Dated: January 12, 2015.

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge

P:\PRO-SE\EDL\CR.14\French303disifp.wpd